UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERT J. SLINEY, Petitioner, v. UNITED STATES OF AMERICA, Pespondent. | ) | CA 05-033ML |

FILED APR 25 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

## NOTICE OF APPEAL

I, ALBERT J. SLINEY, the Petitioner in the above captioned matter, do so hereby serve Notice that Petitioner appeals to the United States Court of Appeals for the First Circuit, from the judgment entered in this action on April 11, 2005. See copy of ORDER and Affidavit attached.

April 12, 2005

Respectfully Presented,

ALBERT J. SLINEY, pro se
BOP Reg. No. 04965-070
FCI RAY BROOK
P.O. Box 9006
Ray Brook, New York 12977

Attest to True Copy
DAVID A. DIMARZIO
By KD
Deputy Clerk



15

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERT J. SLINEY, Petitioner, | ) | |
| v. | ) | CA 05-033ML |
| UNITED STATES OF AMERICA, Respondent. | ) | |

**AFFIDAVIT OF FACT IN SUPPORT OF NOTICE OF APPEAL**

STATE OF NEW YORK )
) ss.: Affidavit of ALBERT J. SLINEY
COUNTY OF ESSEX )

I, ALBERT J. SLINEY (hereinafter "affiant') the Petitioner in the above captioned matter and the Affiant herein, being above 21 years of age and of competent mind, whome having been duly sworn does so depose and aver the following facts:

1. Affiant has not at any time, during or after William J. Murphy (Mr. Murphy) represented Affiant as legal counsel, received the grand jury transcripts which Mr. Murphy was compelled by court order to forward to Affiant.

FURTHER AFFIANT SAITH NAUGHT.

April 19, 2005

Respectfully Presented,

ALBERT J. SLINEY, pro se
BOP Reg. No. 04965-070
FCI RAY BROOK
P.O. Box 9006
Ray Brook, New York 12977

**OATH**

Before me the undersigned authority, this day personally appeared ALBERT J. SLINEY, whom was duly sworn and states that he is the Petitioner/Affiant in the above-styled cause, that he has read the foregoing **AFFIDAVIT OF FACT IN SUPPORT OF NOTICE OF APPEAL**, has personal knowledge of the facts averred therein, and that those facts are true, certain and not misleading.

April 19, 2005

ALBERT J. SLINEY, pro se
BOP Reg. No. 04965-070
FCI RAY BROOK
P.O. Box 9006
Ray Brook, New York 12977

Produced identification ✓

STATE OF NEW YORK )
) ss.
COUNTY OF ESSEX )

**SWORN AND SUBSCRIBED TO BEFORE ME** at FCI Ray Brook
this 19th day of April 2005
NOTARY PUBLIC

By Certified Mail

7004 0550 0001 1636 0376

WITNESS My Hand and Seal.

Michelle Gonyea
Signature of Notary Public

MICHELLE GONYEA
Notary Public, State of New York
No. 01GO6071700
Qualified in Franklin County
My Commission Expires March 25, 2006

**CERTIFICATE OF SERVICE**

I, ALBERT J. SLINEY, the Petitioner in the above captioned matter, does hereby affirm under penalty of perjury, pursuant to 28 U.S.C. § 1746(1), that true and correct copies of the foregoing NOTICE OF APPEAL and AFFIDAVIT OF FACT IN SUPPORT OF NOTICE OF APPEAL have been forwarded to:

Zecharia Chafee
Assistant U.S. Attorney
Fleet Center, 8th Floor
50 Kennedy Plaza
Providence, Rhode Island 02903

So done this 19 day of April 2005

Respectfully Presented,

ALBERT J. SLINEY, pro se
BOP Reg. No. 04965-070
FCI RAY BROOK
P.O. Box 9006
Ray Brook, New York 12977

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ALBERT J. SLINEY

v. CA 05-033ML

UNITED STATES OF AMERICA

## ORDER

Petitioner has filed a motion to "Provide Petitioner with Grand Jury Transcripts to Prepare and Support Legal Arguments in § 2255 Motion." In October, 2004, in response to an inquiry by the Court, petitioner's trial counsel advised that in June, 2004, he forwarded to petitioner a complete copy of his file. Petitioner's counsel further advised that in October, 2004, he "again" forwarded to petitioner "a complete copy of [his] entire case file in this matter including transcripts and all requested materials." Petitioner has now received two copies of his trial counsel's entire file, including the transcripts he now seeks. He offers no explanations as to why he needs a third copy. His motion is therefore DENIED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
April 11 , 2005

13