UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

April 26, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

CA 05-033ML **CCA #** 05-1618

CASE NAME: Sliney v. USA

Dear Clerk of Court:

Enclosed herewith you will find certified copies of the petitioner's Notice of (Interlocutory) Appeal and certified copies of related documents. A certified copy of the docket entries is also attached.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By J Duhamel
John Duhamel
Deputy Clerk

Enc.: Certified Docket
**Certified copies of Documents: #1, #3, #8, #13, #15**

Susan Pedran

17