Albert J. Sliney
BOP Reg. No. 04965-070
FCI RAY BROOK
P.O. Box 9006
Ray Brook, New York 12977

RECEIVED MAY 20 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

May 16, 2005

Clerk of the Court
United States District Court
For the District of Rhode Island
2 Exchange Terrance
Providence, Rhode Island 02903

RE: ALBERT J. SLINEY v. UNITED STATES OF AMERICA
Case No. 05-033ML

FILING OF STATEMENT OF APPELLATE ISSUES, APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT, AND AUTHORIZATION FOR RELEASE OF INMATE ACCOUNT RECORDS

Dear Clerk:

Enclosed you will find an original and two (2) copies each of a STATEMENT OF APPELLATE ISSUES, APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT. I request that these documents be filed in the above captioned case.

Further, as that I was unable to procure the records of my inmate account before the time period to file the enclosed application to proceed without prepayment of fees would have expired, I also have incorporated into this letter the following formal authorization for the release of my inmate account records:

AUTHORIZATION FOR RELEASE OF INMATE ACCOUNT RECORDS

I, ALBERT J. SLINEY the undersigned herein, who is currently an inmate at FCI RAY BROOK located in Ray Brook, New York, do hereby authorize the Clerk's Office of the United States District Court for the District of Rhode Island, to request receive and review my [ALBERT J. SLINEY] inmate account records for the period of November 16, 2004 to May 16, 2005.

Albert Sliney

I thank you for your time and attention.

Respectfully Presented,

Albert Sliney

Albert J. Sliney, pro se

cc: Inmate Records

18