UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ALBERT J. SLINEY, Petitioner, v. UNITED STATES OF AMERICA, Respondents. | CA 05-033ML |

STATEMENT OF APPELLATE ISSUES

I, ALBERT J. SLINEY (hereinafter 'Petitioner') the Petitioner in the above captioned matter, whom pursuant to the Fed. R. App. P. Rule 10(a)(3)(A), present the following issue upon which Petitioner will seek appellate review and the facts in support thereof:

ISSUE

WHETHER FORMER TRIAL COUNSEL WAS OR IS IN POSSESSION OF TRANSCRIPTS OF THE PROCEEDINGS WHERE PETITIONER WAS INDICTED BY GRAND JURY, AND IF SO, HAS FORMER TRIAL COUNSEL COMPLIED WITH THE DISTRICT COURT'S ORDER COMPELLING THE FORWARDING OF THOSE GRAND JURY TRANSCRIPTS TO PETITIONER?

FACTS

1. On October 19, 2004, Mary M. Lisi (hereinafter 'Judge Lisi') U.S. District Court Judge for the District of Rhode Island, GRANTED a petitioner for an order compelling trial counsel to foward to Petitioner, the entire case file and all other requested materials in relation to the above captioned matter.

2. On November 8, 2004, Petitioner did forward to be filed with Clerk's Office a NOTICE OF FAILURE TO COMPLY WITH COURT'S ORDER COMPELLING FORMER COUNSEL TO PROVIDE REQUESTED INFORMATION, and REQUEST FOR SWORN DECLARATION REGARDING POSSESSION OF REQUESTED



19

TRASNSCRIPTS. These documents were also served upon former trial counsel William J. Murphy (hereinafter 'Mr. Murphy').

3. Mr. Murphy has not, as of May 16, 2005, prepared and served upon Petitioner a sworn declaration responding to the questions presented in Petitioner's REQUEST FOR SWORN DECLARATION REGARDING POSSESSION OF REQUESTED TRANSCRIPTS. Mr. Murphy also has not provided any response to Petitioner nor to the Court regarding Petitioner's NOTICE OF FAILURE TO COMPLY WITH COURT'S ORDER COMPELLING FORMER COUNSEL TO PROVIDE REQUESTED INFORMATION.

4. Petitioner has not been provided with the following documents or materials which are or were in Mr. Murphy's possession: grand jury and voir dire transcripts, investigative reports, records of witness interviews, and records of dates and times Mr. Murphy visited or consulted with Defendant prior to trial.

5. The documents and materials referenced in paragraph "4" above were made a part of Petitioner's case file, but even were they not, Petitioner requested them individually.

6. Petitioner has not, at any time, received any copy of the grand jury transcripts that Mr. Murphy was compelled to provide to Petitioner.

7. On April 11, 2005, seemingly based upon statements or information Petitioner has not been made aware of, Judge Lisi DENIED Petitioner's MOTION TO PROVIDE PETITIONER WITH GRAND JURY TRANSCRIPTS TO PREPARE AND SUPPORT LEGAL ARGUMENTS RAISED IN § 2255 MOTION. As that the basis cited for Judge Lisi's denial was that Mr. Murphy has twice forwarded to Petitioner "a complete copy of [his] entire case file in this matter including transcripts and all requested materials." (emphasis added).

8. Based upon all of the facts stated in paragraphs "1" through "7" above, Petitioner now seeks appellate review from Judge Lisi's denial of Petitioner's motion to be provided with grand jury transcripts.

WHEREFORE, as Petitioner has herein presented a meritorious issue based upon undisputed fact, Petitioner requests that this STATEMENT OF APPELLATE ISSUES be approved by the District Court and certified to the Court of Appeals as the record on appeal.

May 16, 2005

Respectfully Presented,

ALBERT J. SLINEY, pro se
BOP REG. NO. 04965-070
FCI RAY BROOK
P.O. BOX 9006
RAY BROOK, NEW YORK 12977

## PERJURY JURAT

I, ALBERT J. SLINEY, the Petitioner in the above captioned matter and the undersigned herein, do so hereby affirm under penalty of perjury, pursuant to 28 U.S.C. § 1746(1), that all of the foregoing facts stated herein are true and correct.

May 16, 2005

ALBET J. SLINEY, pro se

# C E R T I F I C A T E O F S E R V I C E

I, ALBERT J. SLINEY, the Petitioner in the above captioned matter and the undersigned herein, do so affirm under the penalty of perjury, pursuant 28 U.S.C. §ˆ1746(1), that a true and correct copy of the foregoing **STATEMENT OF APPELLATE ISSUES**, having been properly packaged with adequate first class postage affixed thereupon, was addressed to be delivered by U.S. mail to:

Zecharia Chafee
Assistant U.S. Attorney
Fleet Center, 8th Floor
50 Kennedy Plaza
Providence, Rhode Island 02903

So done this ___ day of _______________ 2005

Respectfully Presented,

ALBERT J. SLINEY, pro se
BOP REG. NO. 04965-070
FCI RAY BROOK
P.O. BOX 9006
RAY BROOK, NEW YORK 12977