**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ALBERT J. SLINEY,<br>Petitioner,<br><br>v.<br><br>UNITED STATES<br>Respondent. | ) | CA No.: 05-033ML |

**AFFIDAVIT IN SUPPORT OF**
**MOTION FOR ENTRY OF FINAL JUDGMENT**
**PURSUANT TO FED. R. CIV. P. RULE 54(b)**

STATE OF NEW YORK )
)ss.: Affidavit of ALBERT J. SLINEY
COUNTY OF ESSEX )

I, ALBERT J. SLINEY (hereinafter 'Affiant') the Petitioner in the above captioned matter and the Affiant herein, whom being first duly sworn, and based upon Affiant's personal knowledge, deposes and avers the following facts and matters:

1. Affiant is above 21 years of age and of competent mind.

2. Affiant has requested of former trial counsel Mr. William J. Murphy (Mr. Murphy), that Mr. Murphy provide Affiant with certain grand jury transcripts.

3. the Honorable Mary M. Lisi, Judge (Judge Lisi), District of Rhode Island, has issued an Order compelling Mr. Murphy to provide Affiant with the grand jury transcripts that Affiant requested to be provided.

4. Mr. Murphy has not complied with Judge Lisi's order, as Mr. Murphy has not provided Affiant with copies of the grand jury transcripts Affiant requested and was so ordered to be provided.

FURTHER AFFIANT SAITH NAUGHT.

June 1st, 2005

Respectfully Presented,

Albert Sliney

ALBERT J. SLINEY, pro se
BOP REG. NO 04965-070
FCI RAY BROOK
P.O. BOX 9006
RAY BROOK, NEW YORK 12977

STATE OF NEW YORK )
)ss.
COUNTY OF ESSEX )

**SWORN AND SUBSCRIBED TO BEFORE ME** at FCI Ray Brook, NY
this 1st day of June 2005
Notary Public
WITNESS My Hand and Seal.

Michelle Gonyea
Signature of Notary Public

MICHELLE GONYEA
Notary Public, State of New York
No. 01GO6071700
Qualified in Franklin County
My Commission Expires March 25, 2006

# CERTIFICATE OF SERVICE

I, ALBERT J. SLINEY, the Petitioner in the above captioned matter, does so hereby affirm under penalty of perjury, pursuant to 28 U.S.c. § 1746(1), that a true and correct copy of the foregoing MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. RULE 54(b) WITH AFFIDAVIT IN SUPPORT, has been deposited in FCI RAY BROOK's inmate mail system to be forwarded to:

Zecharia Chafee, Esq.
Assistant U.S. Attorney
Fleet Center, 8th Floor
50 Kennedy Plaza
Providence, Rhode Island 02903

So done this 1st day of June 2005

Albert Sliney

ALBERT J. SLINEY, pro se
BOP REG. NO. 04965-070
FCI RAY BROOK
P.O. BOX 9006
RAY BROOK, NEW YORK 12977