05-33
USDC/RI
Judge Lisi

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-1618

ALBERT J. SLINEY

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

FILED
JUN 17 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**JUDGMENT**
**Entered: June 16, 2005**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER

By________________________
Chief Deputy Clerk

**Certified and Issued as Mandate under Fed. R. App. R 41.**

**Richard Cushing Donovan, Clerk**

Susan Pedram
**Deputy Clerk**

**Date:** 6-16-05

[cc: Zack Chafee, Esq., Donald Lockhart, Esq. and Albert J. Sliney]