UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ALBERT J. SLINEY, Petitioner, v. UNITED STATES, Respondents. | Case No.: 05-033ML |

# JUDICIAL NOTICE

Comes now I, ALBERT J. SLINEY (hereinafter 'Petitioner') to judicially notice this Court of facts which are beyond reasonable controversy, and which are either matters of common knowledge or capable of immediate and accurate determination by resort to sources of indisputable accuracy, which may be considered without first being proved. Federal Rules of Evidence, Rule 201(a) & (b), 28 U.S.C.A.

This judicial notice is relevant puruant to Federal Rules of Evidence, Rule 201(a), (b), (d), (e), and (f), in that this notice bares the existance of facts that are of consequence to all determinations relative to the above-styled cause.

This judicial notice is not excluded, as being of low probative value, as being of a prejudicial nature, as being in any way misleading, nor should said notice result in undue delay.

Petitioner has set forth in a motion filed pursuant to 28 U.S.c. § 2255, an issue concerning a Fifth Amendment violation in accordance with the U.S. Supreme Court's ruling in **MIRANDA v. ARIZONA**, 384 U.S. 436 (1966). A determination of this issue

has sugnificant influence upon the determination of Petitioner's overall claims.

A key element in deciding if there has been a **Miranda** violation is custody; whether Petitioner was in custody when interrogated by arresting police officers, prior to having been Miranderized. As the exhibit [Exhibit-A] Petitioner has attached hereto clearly shows, Petitioner was in fact immediately taken into custody BEFORE Petitioner was interrogated. The Detective being questioned on recross-examination did unambiguously and undisputedly, while under oath, testify that Petitioner was in fact in custody and that such custody was initiated prior to Petitioner being interrogated by that Dectective or any of the other police officers whom were with him at that time.

The exhibit attached hereto dispels all argument as to whether Petitioner was taken into custody prior to being interrogated, and undisputedly resolves any arguments to the contrary.

June 27, 2005

Respectfully Presented,

Albert Sliney

ALBERT J. SLINEY, pro se
BOP REG. NO. 03965-070
FCI RAY BROOK
P.O. BOX 9006
RAY BROOK, NEW YORK 12977

# C E R T I F I C A T E  O F  S E R V I C E

I, ALBERT J. SLINEY, the Petitioner in the above captioned matter, does so hereby affirm under penalty of perjury, pursuant to 28 U.S.C. § 1746(1), that a true and correct copy of the foregoing JUDICAL NOTICE, has been deposited in FCI RAY BROOK's inmate mail system to be forwarded to:

Zecharia chafee, Esq.
Assistant U.S. Attorney
Fleet Center, 8th Floor
50 Kennedy Plaza
Providence, Rhode Island 02903

So done this 27 day of June 2005

Respectfully Presented.

Albert Sliney

ALBERT J. SLINEY, pro se
BOP REG. NO. 04965-070
FCI RAY BROOK
P.O. BOX 9006
RAY BROOK, NEW YORK 12977

RECROSS-EXAMINATION

BY MR. MURPHY:

Q. Detective, you were one of the first ones to enter the bedroom of Albert Sliney, correct?

A. Correct.

Q. And he was in the bed?

A. Correct.

Q. And you stated he was handcuffed immediately?

A. He was placed in custody.

Q. Handcuffed, right, sir?

A. Correct.

Q. Where were the cuffs placed on him?

A. Probably behind his back.

Q. Behind his back?

A. Correct.

MR. MURPHY: May I approach the witness, Your Honor?

Q. Approaching you, sir, with the grand jury transcript, Defendant's Exhibit D, looking at page 8, line 15, Mr. Chafee asked you, "Did you find evidence -- did you find any mail addressed to Sliney at that address?" What was your answer?

A. "Yes, sir."

Q. And he then asked you, "Tell the grand jury what you found." What was your answer?

I, ALBERT J. SLINEY, the Petitioner in the foregoing JUDICIAL NOTICE, do so hereby affirm under to penalty of perjury, pursuant to 28 U.s.c. § 1746(1), that the attached copy of page 73 of the transcripts of the testimony given on June 6, 2001 at Petitioner's trial, is a true and correct copy of that page from those transcripts.

June 27, 2005

Respectfully Presented,

ALBERT J. SLINEY, pro se
BOP REG. NO. 04965-070
FCI RAY BROOK
P.O. BOX 9006
RAY BROOK, NEW YORK 12977