UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERT J. SLINEY,<br>Petitioner,<br><br>v.<br><br>UNITED STATES,<br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 05-033ML |

**SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. RULE 54(b)**

STATE OF NEW YORK )
)ss.: Affidavit of ALBERT J. SLINEY
COURNTY OF ESSEX )

I, ALBERT J. SLINEY (hereinafter 'Affiant') the Petitioner in the above coptioned matter and the Affiant herein, whom being first duly sworn, and based upon Affiant's personal knowledge, deposes and avers the following facts and matters:

1. Affiant is above 21 years of age and of competent mind.

2. Affiant has requested of former trial counsel Mr. William J. Murphy (Mr. Murphy), that Mr. Murphy provide Affiant with certain grand jury transcripts.

3. The Honorable Mary M. Lisi, Judge (hereinafter 'Judge Lisi'), District of Rhode Island, has issued an Order compelling Mr. Murphy to provide Affiant with the grand jury transcripts that Affiant requested to be provided.

4. On April 11, 2005 Judge Lisi issued an Order denying Affiant's MOTION TO BE PROVIDED GRAND JURY TRANSCRIPTS. The sole basis or "fact" relied upon by Judge Lisi to deny the aforesaid motion, was that Affiant's former court appointed trial counsel Mr. Murphy has provided Affiant with the requested transcripts [grand jury transcripts] on two occasions.

5. Judge Lisi has been mislead by Affiant's former trial counsel (Mr. Murphy), as is evident by a June 15, 2005 phone conversation between Affiant and Mr. Murphy's secretary. During this phone conversation Mr. Murphy's secretary informed Affiant that "no grand jury transcripts were forwarded to you [Affiant], nor did we even have them [grand jury transcripts] in our possession."

6. The June 15, 2005 phone conversation between Affiant and Mr. Murphy's secretary was made on the monitored inmate phone system, thus that phone conversation was recorded [phone I.D.# 1265] and subpeonaed to verify the statements of Mr. Murphy's secretary.

7. The statements of the Mr. Murphy's secretary serve as additional proof, that Mr. Murphy has not been forth right with the Court, nor at any time proficed Affiant with the grand jury transcripts Judge Lisi has been mislead to believe Affiant has received.

FURTHER AFFIANT SAITH NAUGHT.

June 26, 2005

Respectfully Presented,

Albert Sliney

ALBERT J. SLINEY, pro se
BOP REG. NO. 04965-070
FCI RAY BROOK
P.O. BOX 9006
RAY BROOK, NEW YORK 12977

**OATH**

Before me the undersigned authority, appeared this day ALBERT J. SLINEY, whom first being duly sworn states that he is the Affiant in the foregoing SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. RULE 54(b); and that all facts and matters contained therein are true, certain, correct and not misleading.

June 26, 2005

ALBERT J. SLINEY, pro se
BOP Reg. No. 04965-070

STATE OF NEW YORK )
)ss.
COUNTY OF ESSEX )

**SWORN AND SUBSCRIBED TO BEFORE ME** at FCI Ray Brook
this 26th day of June 2005
Notary Public
WITNESS My Hand and Seal.

Signature of Notary Public

MICHELLE GONYEA
Notary Public, State of New York
No. 01GO6071700
Qualified in Franklin County
My Commission Expires March 25, 2006