UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERT J. SLINEY<br>Petitioner | : | |
| v. | : | Civil Action No. 05-033ML |
| UNITED STATES OF AMERICA<br>Respondent | : | |

## GOVERNMENT'S OBJECTION TO PETITIONER'S F.R.Civ.P. 54(b) Motion

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and states that the government objects to the Petitioner's F.R.Civ.P. 54(b) Motion for the reasons stated in the accompanying Memorandum.

Respectfully submitted

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

CERTIFICATION OF SERVICE

I hereby certify that on this 30th day of April, 2005 a copy of the within Government's Objection to Petitioner's Motion Pursuant to 28 U.S.C. § 2255, by mail by regular mail, postage pre-paid, to:

Albert J. Sliney
ID Number: 04965-070 F.C.I.
FCI Ray Brook
P.O. Box 9006
Ray Brook, N.Y. 12977

Paula Hersey

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERT J. SLINEY<br>Petitioner | : | |
| v. | : | Civil Action No. 05-033ML |
| UNITED STATES OF AMERICA<br>Respondent | : | |

**MEMORANDUM IN SUPPORT OF GOVERNMENT'S OBJECTION TO PETITIONERS F.R. CIV. P. 54(b) MOTION**

The government objects to petitioner's motion for entry of final judgment pursuant to F.R.Civ.P 54(b). Rule 54(b) is entitled "Judgement Upon Multiple Claims or Involving Multiple Parties". This does not apply to the situation in this case where defendant seeks entry of the Court's April 11, 2005 order as one of "final judgment."

Even if the reference to Rule 54(b) is ignored, the motion is misguided. Petitioner states that he meant his motion for the grand jury transcript to be a cause of action separate from his 28 U.S.C. § 2255 motion. That would have raised other issues. That is not the situation at present. We are addressing what is before the Court now. The April 11, 2005 order was signed by the Court and entered. There is no meaning to an entry of "final judgment" as to that order. If petitioner is unhappy with the order, he might explore some form of relief. However, a motion for entry of final judgment as to the April 11, 2005 order makes no sense.

According to the April 11, 2005 order, Attorney Murphy has sent petitioner a copy of his entire file twice. That assertion is a matter between Attorney Murphy, petitioner and the Court. As the government sees it, 28 U.S.C. § 2255 does not provide for discovery from the government. (Why petitioner needs the grand jury transcript to press his § 2255 motion has never been convincingly explained by petitioner but that is a somewhat different issue from the issue of his Rule 54(b) motion).

In any event, petitioner has made an irrelevant motion which should be summarily denied.

Respectfully submitted

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

CERTIFICATION OF SERVICE

I hereby certify that on this 30th day of June, 2005 a copy of the within Government's Objection to Petitioner's F.R.Civ.P. 54(b) Motion, by mail by regular mail, postage pre-paid, to:

Albert J. Sliney
ID Number: 04965-070 F.C.I.
FCI Ray Brook
P.O. Box 9006

Paula Harvey

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ALBERT J. SLINEY

v. CA 05-033ML

UNITED STATES OF AMERICA

## ORDER

Petitioner has filed a motion to "Provide Petitioner with Grand Jury Transcripts to Prepare and Support Legal Arguments in § 2255 Motion." In October, 2004, in response to an inquiry by the Court, petitioner's trial counsel advised that in June, 2004, he forwarded to petitioner a complete copy of his file. Petitioner's counsel further advised that in October, 2004, he "again" forwarded to petitioner "a complete copy of [his] entire case file in this matter including transcripts and all requested materials." Petitioner has now received two copies of his trial counsel's entire file, including the transcripts he now seeks. He offers no explanations as to why he needs a third copy. His motion is therefore DENIED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
April 11, 2005

Exhibit A

13