**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALBERT J. SLINEY** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **Civil Action No. 05-CV-033ML** |
| | : | |
| **UNITED STATES OF AMERICA** | : | |
| **Respondent** | : | |

**GOVERNMENT'S OBJECTION TO**
**PETITIONERS MOTION FOR RELIEF FROM**
**JUDGMENT AND ORDER**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby objects to petitioner's Motion For Relief From Judgment And Order.

Respectfully submitted

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ZECHARIAH CHAFEE
Assistant U.S. Attorney

CERTIFICATION OF SERVICE

I hereby certify that on this 11th day of January, 2006 a copy of the within Government's Object to Petitioners Motion For Relief From Judgment and Order, by regular mail, postage pre-paid, to:

Albert J. Sliney
ID Number: 04965-070 F.C.I.
FCI Ray Brook
P.O. Box 9006
Ray Brook, NY 12977

Paula Harvey

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALBERT J. SLINEY** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **Civil Action No. 05-CV-033ML** |
| | : | |
| **UNITED STATES OF AMERICA** | : | |
| **Respondent** | : | |

**GOVERNMENT'S MEMORANDUM IN OPPOSITION TO PETITIONERS MOTION FOR RELIEF FROM JUDGMENT AND ORDER**

The government objects to petitioners motion. The initial question has been ruled upon. Now petitioner wants to re-open the matter. There are not grounds for that step.

Petitioner should have a copy of the contents of the file of his case held by his former lawyer. If that file contains the grand jury transcript then petitioner will have the transcript; if the file does not contain the grand jury transcript then petitioner will not have it. It is not former defense counsel's obligation to provide more than he has in his file. From what the former defense counsel has represented, the file was indeed sent. Petitioner, it appears, does not deny that he received the file. However, petitioner has doggedly maintained that he did not receive the grand jury transcript. Then it appears that the transcript was not part of the file. So be it.

There is no need to re-open the denial of petitioners previous motion for grand jury transcripts. He is not entitled to more than what his lawyer has in the file.

Respectfully submitted

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Zachariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

CERTIFICATION OF SERVICE

I hereby certify that on this 11th day of January, 2006 a copy of the within Government's Memorandum in Opposition to Petitioners Motion For Relief From Judgment and Order, by regular mail, postage pre-paid, to:

Albert J. Sliney
ID Number: 04965-070 F.C.I.
FCI Ray Brook
P.O. Box 9006
Ray Brook, NY 12977

Paula Dorsey