UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERT J. SLINEY, Petitioner, | : | |
| -vs- | : | Civ. Action No.:05-CV-033ML |
| UNITED STATES OF AMERICA, Respondent. | : | |

## NOTICE OF APPEAL

I, ALBERT J. SLINEY, the Petitioner in the above captioned matter, do so hereby serve Notice that Petitioner appeals to the United States Court of Appeals for the First Circuit, from the judgment entered in this action on January 18, 2006. See copy of ORDER of denial printed on the face of Petiotioner's motion herein.

January 23, 2006

Respectfully Presented,

Albert Sliney

ALBERT J. SLINEY, Pro-se
BOP REG. NO.:04965-070
FCI RAY BROOK
P.O. BOX 9006
RAY BROOK, NEW YORK 12977

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERT J. SLINEY,<br>Petitioner, | : | |
| | : | |
| -v- | : | CV No.: 05-CV-033 ML |
| | : | |
| UNITED STATES OF AMERICA,<br>Respondent. | : | |

# CERTIFICATE OF SERVICE

I, ALBERT J. SLINEY, the Petitioner in the above captioned matter, does hereby affirm under penalty of perjury, pursuant to 28 U.S.C. § 1746 (1), that a true and correct copy of the foregoing NOTICE OF APPEAL have been forwarded to:

Zecharia Chafee
Assistant U.S. Attorney's Office
Fleet Center, 8th Floor
50 Kennedy Plaza
Providence, Rhode Island 02903

So done this 23 day of January 2006

Respectfully Presented,

Albert Sliney

ALBERT J. SLINEY, Pro-se
BOP REG. NO.:04965-070
FCI RAY BROOK
P.O. BOX 9006
RAY BROOK, NEW YORK 12977



AND ATTACHED DENIAL