UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ALBERT J. SLINEY

v. CA 05-033ML

UNITED STATES OF AMERICA

ORDER

This matter is before the Court on Petitioner's Application to Proceed Without Prepayment of Fees and Affidavit. This application is incomplete in that Petitioner has failed to attach a ledger sheet from the institution showing transactions for the six months preceding the date of application. In addition, the Court notes that Petitioner has stated that he has in the past 12 months received money from "other sources." Specifically, Petitioner states, "I gather about three (3) to four (4) hondred [sic] a month from mother (Shirley Bouffard [sic]. Based on Petitioner's statement, it appears that he does have the resources to pay at least a portion of the filing fee. Petitioner is directed to complete his application by attaching a copy of the institutional ledger and forwarding same to this Court on or before March 17, 2006. Failure to comply with this order will result in a denial of the application.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
February 27 , 2006