***United States District Court***
***For The District of Rhode Island***
***Providence, RI 02903***

***March 15, 2006***

***Richard Donovan, Clerk***
***U.S. Court of Appeals***
***One Courthouse Way, Suite 2500***
***Boston, MA 02109***

***RE: Albert J. Sliney v. USA***
***USDC-RI CR 05-33ML***
***USCA NO. # 06-1256***

***Dear Mr. Donovan:***

***Enclosed herewith please find a supplemtnal on appeal together with a certified copy of the docket entries in the above entitled case.***

***Kindly acknowledge receipt for the same on the enclosed copy of this letter.***

***Sincerely yours,***

***David A. DiMarzio***
***Clerk of Court***

***By:*** Barbara Barletta
***Deputy Clerk***

***Enc. Order granting motion for IFP (DE #40)***