UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ALBERT J. SLINEY,**
**Petitioner,**

**v.** **C.A. No. 05-033ML**

**UNITED STATES OF AMERICA,**
**Respondent.**

**JUDGMENT**

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for respondent UNITED STATES OF AMERICA against petitioner ALBERT J. SLINEY in accordance with this Court's Memorandum and Order dated September 12, 2006, DENYING petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255.**

Enter:

Deputy Clerk

DATED: **September 12, 2006**