UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

September 12, 2006

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

CA 05-033ML **CCA # 06-1256**

CASE NAME: Albert J. Sliney v. USA

Dear Clerk of Court:

Enclosed herewith you will find certified copies of Supplemental Record on Interlocutory Appeal. A certified copy of the docket entries is also attached.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By ____________
John Duhamel
Deputy Clerk

Enc.: Certified Docket
**Certified copies of Documents: #44 (Memorandum and Order dated September 12, 2006); #45 (Civil Judgment dated September 12, 2006)**