05-133
USDC/R.I.
Lisi, M.

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1256

ALBERT J. SLINEY,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Torruella, Lynch and Howard,
Circuit Judges.

**JUDGMENT**
**Entered: September 12, 2006**

Appellant has submitted a response to our May 8, 2006, Order to Show Cause in which he argues that we have jurisdiction over the appeal because the challenged order denied a motion seeking relief under Fed. R. Civ. P. 60(b). See FDIC v. Ramirez-Rivera, 869 F.2d 624, 626 (1st Cir. 1989) (holding that the denial of a Rule 60(b) motion is appealable). However, "it is well settled that Rule 60 applies only to final judgments." Farr Man & Co. v. M/V Rozita, 903 F.2d 871, 874 (1st Cir. 1990). Since final judgment has not yet been entered in the underlying proceeding, appellant's improper invocation of Rule 60(b) in a pre-judgment motion did not establish a jurisdictional basis for the appeal. See 28 U.S.C. §§ 1291, 1292.

The appeal is dismissed.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

George [signature]
**Deputy Clerk**

**Date:** 11/3/06

By the Court:
Richard Cushing Donovan, Clerk.

MARGARET CARTER
By: ______________________
Chief Deputy Clerk.

[cc: Donald Lockhart, AUSA, Albert J. Sliney]