UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALBERT J. SLINEY,
Appellant,

vs. C.A. No. 05-033-ML

UNITED STATES OF AMERICA,
Appellee.

# NOTICE OF APPEAL

Notice is hereby given that I, ALBERT J. SLINEY ('Appellant'), the named Appellant in the above captioned matter, hereby appeal to the the United States Court of Appeals for the First Circuit from an ORDER[1] issued on September 12, 2006 by the Honorable Mary M. Lisi, District Court Judge, denying and dismissing Appellant's 28 U.S.C. § 2255 motion.

October 31, 2006

Respectfully Presented,

[signature]

ALBERT J. SLINEY, pro se
BOP REG. NO. 04965-070
FCI RAY BROOK
P.O. BOX 9006
RAY BROOK, NEW YORK 12977

1 Appellant, at the time this Notice of Appeal was filed, was not able to provide a copy of the ORDER from which Appellant now seeks appeal with this document. This fact was a result of the current policies and practices of FCI RAY BROOK.

# CERTIFICATE OF SERVICE

I, ALBERT J. SLINEY, do hereby affirm under penalty of perjury, pursuant to 28 U.S.C. § 1746(1), that true and correct copies of the NOTICE OF APPEAL, MOTION FOR CERTIFICATE OF APPEALABILITY, and MEMORANDUM IN SUPPORT, have all been properly packaged with adequate postage affixed thereupon, and given to the appropriate staff member of FCI RAY BROOK to be deposited in the U.S. mail and delivered to:

Zachariah Chafee, AUSA
United States Attorney Office
50 Kennedy Plaza, 8th FL
Fleet Center
Providence, Rhode Island 02903

So done this 31 day of October, 2006.

[signature]

ALBERT J. SLINEY, pro se
BOP REG. NO. 04965-070
FCI RAY BROOK
P.O. BOX 9006
RAY BROOK, NEW YORK 12977

Certified Mail # ____________________