UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID DiMARZIO
CLERK OF COURT

November 13, 2006

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

RE: CR 05-33ML
Albert Sliney v. United States

CCA# ____________________

Dear Clerk of Court:

Enclosed herewith you will find a Notice of Appeal filed by the above-referenced appellant (pro se). Please note that a motion for a certificate of appealability is pending in the district court, as well as appellant's motion to proceed on appeal without prepayment of fees. The record on appeal will be forwarded to your court upon rulings re: the aforesaid motions.

Kindly return the attached copy of this letter as acknowledgment of receipt.

Sincerely yours,

DAVID DiMARZIO
CLERK OF COURT

DEPUTY CLERK

**Enc.:** **Notice of Appeal (Doc# 48);**
**Motion for Certificate of Appealability (Doc# 49);**
**Motion to Proceed on Appeal in forma pauperis (Doc# 50);**
**certified docket**