UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID DiMARZIO
CLERK OF COURT

November 15, 2006

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CCA# 06-2610

RE: CR 05-33ML
Albert Sliney v. United States

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL as to the above-referenced case. Please note that the Notice of Appeal filed by the above-referenced appellant (pro se) was forwarded to your court on November 13, 2006.

Appellant's motion for a certificate of appealability was denied on November 14, 2006, in the district court. Appellant's motion to proceed on appeal without prepayment of fees was granted on November 14, 2006, in the district court.

Kindly return the attached copy of this letter as acknowledgment of receipt.

Sincerely yours,

DAVID DiMARZIO
CLERK OF COURT

DEPUTY CLERK

**Enc.:** **Civil Case File: CA 05-033ML;**
**Related Criminal Case File: CR 01-012ML (incl. 7 original transcripts);**
**PSR [sealed]; certified docket.**