MANDATE

05-00033
USDCRI
Judge Lisi

# United States Court of Appeals
## For the First Circuit

---

No. 06-2610

ALBERT J. SLINEY,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

---

Before

Lipez, Circuit Judge,
Stahl, Senior Circuit Judge,
and Howard, Circuit Judge.

---

JUDGMENT

Entered: March 2, 2007

Albert Sliney seeks a certificate of appealability ("COA") to challenge the district court's denial of his motion for relief under 28 U.S.C. § 2255. Essentially for the reasons set forth in the district court's September 12, 2006, Memorandum and Order, we conclude that petitioner has to failed make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Accordingly, the request for a COA is denied and the appeal is terminated.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

M. [signature]
Deputy Clerk

Date: 5/17/07

By the Court:

Richard Cushing Donovan, Clerk.

By: ____________________
MARGARET CARTER
Chief Deputy Clerk.

[cc: Donald Lockhart, AUSA, Albert Sliney]